DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702)388-6336
Facsimile: (702)388-6787
Email: *Blaine.Welsh@usdoj.gov*

Attorneys for the United States.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. |
| MARGE L. CELLINI and HARRY PORTNOY, individually, and d/b/a TAX FACTORY, INC., and/or MYST INC., | ) |
| Defendants. | ) |

**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Richard G. Rose to practice before this honorable Court in all matters relating to the above-captioned case.

Mr. Rose is an attorney with the United States Department of Justice, Tax Division, an agency of the federal government. Mr. Rose is a member in good standing of the District of Columbia Bar (Bar No. 493454).

The following contact information is provided to the Court:

>Richard G. Rose
>Trial Attorney
>Tax Division
>U.S. Department of Justice
>P.O. Box 7238
>Ben Franklin Station
>Washington, DC 20044
>T: (202) 616-2032
>F: (202) 514-6770
>richard.g.rose@usdoj.gov

Accordingly, the United States respectfully requests that an order be issued allowing Richard G. Rose to practice before this honorable Court.

DATED this 20th day of March 2012.

>Respectfully submitted,
>
>DANIEL G. BOGDEN
>United States Attorney
>
>/s/ Blaine T. Welsh
>BLAINE T. WELSH
>Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: October 15, 2012

2