```
 1  DANIEL G. BOGDEN
    United States Attorney
 2  District of Nevada

 3  BLAINE T. WELSH
    Assistant United States Attorney
 4  Nevada Bar. No. 4790
    333 Las Vegas Boulevard South, Suite 5000
 5  Las Vegas, Nevada 89101
    Phone: (702)388-6336
 6  Facsimile: (702)388-6787
    Email: Blaine.Welsh@usdoj.gov
 7
    Attorneys for the United States.
 8
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. |
| ) | |
| MARGE L. CELLINI and HARRY PORTNOY, ) | |
| individually, and d/b/a TAX FACTORY, INC., ) | |
| and/or MYST INC., ) | |
| ) | |
| Defendants. ) | |

**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Richard G. Rose to practice before this honorable Court in all matters relating to the above-captioned case.

Mr. Rose is an attorney with the United States Department of Justice, Tax Division, an agency of the federal government. Mr. Rose is a member in good standing of the District of Columbia Bar (Bar No. 493454).

The following contact information is provided to the Court:

> Richard G. Rose
> Trial Attorney
> Tax Division
> U.S. Department of Justice
> P.O. Box 7238
> Ben Franklin Station
> Washington, DC 20044
> T: (202) 616-2032
> F: (202) 514-6770
> richard.g.rose@usdoj.gov

Accordingly, the United States respectfully requests that an order be issued allowing Richard G. Rose to practice before this honorable Court.

DATED this 20th day of March 2012.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

_/s/ Blaine T. Welsh_
BLAINE T. WELSH
Assistant United States Attorney


IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: October 15, 2012