UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                                )<br>                        Plaintiff,             )<br>         vs.                                                   )<br>                                                                )<br>MARGE L. CELLINI, *et al.*,              )<br>                                                                )<br>                        Defendants.      )<br>                                                                )<br>                                                                ) | Case 2:12-cv-00471-GMN-VCF<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE CAM FERENBACH** |

Before the Court for consideration is the Report and Recommendation (ECF No. 22) of the Honorable Cam Ferenbach, United States Magistrate Judge, entered November 18, 2013, regarding Plaintiff's Motion for Default Judgment (ECF No. 20), filed on July 1, 2013.

Pursuant to Local Rule IB 3-2(a), objections to the Report and Recommendation (ECF No. 22) were due by December 5, 2013.  No objections have been filed.  In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and has determined that Magistrate Judge Ferenbach's Recommendations should be **ACCEPTED**.

**IT IS THEREFORE ORDERED** that the Order of Permanent Injunction, attached to Magistrate Judge Ferenbach's Report and Recommendation as ECF No. 20-1, shall be entered by the Clerk of Court.

**DATED** this 10th day of December, 2013.

_____
Gloria M. Navarro
United States District Judge